JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DANIEL D. HINTON,                           ) Case No. CV 17-00173-GW (JDE)
                                            )
                    Petitioner,             )
                                            ) JUDGMENT
          v.                                )
                                            )
W. L. MUNIZ, Warden,                        )
                                            )
                    Respondent.             )
                                            )
                                            )
_____)

     Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:  April 6, 2018

_____
GEORGE H. WU
United States District Judge